UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE VERBAL,

       Plaintiff,                          Case No. 23-10669

v.

                                     HON. MARK A. GOLDSMITH

TARA PARKER, et al.,

       Defendants.
_____/

## ORDER REGARDING JURISDICTION

Plaintiff Claude Verbal brings this action against Defendants Tara Parker; the Law Offices of Tara L. Parker, PLLC; Torchio Feaster; T.W. Feaster Attorney at Law PLLC; and Willie Works. He asserts that the Court has subject-matter jurisdiction based on diversity of citizenship (Dkt. 1). Because Verbal did not sufficiently set forth the citizenship of the parties, the Court issued an order directing him to file an amended complaint curing the jurisdictional defects or informing the Court that jurisdiction is lacking (Dkt. 9). Verbal filed an amended complaint that properly alleges his own citizenship and the citizenship of each defendant except for Willie Works (Dkt. 10). The amended complaint identifies only the residence of Willie Works. See Am. Compl. ¶ 11. The citizenship of an individual for diversity purposes is his or her state of domicile—that is, not only where the individual resides but also where the individual intends to remain. See Farmer v. Fisher, 386 F. App'x 554, 557 (6th Cir. 2010).

On or before May 2, 2023, Verbal must file a second amended complaint that properly alleges the citizenship of all parties or informs the Court that jurisdiction is lacking. Failure to

comply with this order will result in the dismissal of this case for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

    SO ORDERED.

Dated: April 25, 2023                                  s/Mark A. Goldsmith
   Detroit, Michigan                          MARK A. GOLDSMITH
                                                         United States District Judge