UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE VERBAL,

      Plaintiff,                        Case No. 23-10669

v.

                                     HON. MARK A. GOLDSMITH

TARA PARKER, et al.,

      Defendants.
_____/

## ORDER REGARDING JURISDICTION

Plaintiff Claude Verbal brings this action against Defendants Tara Parker; the Law Offices of Tara L. Parker, PLLC; Torchio Feaster; T.W. Feaster Attorney at Law PLLC; and Willie Works. He asserts that the Court has subject-matter jurisdiction based on diversity of citizenship (Dkt. 1). Because Verbal did not sufficiently set forth the citizenship of the parties, the Court issued an order directing him to file an amended complaint curing the jurisdictional defects or informing the Court that jurisdiction is lacking (Dkt. 9). Verbal filed an amended complaint that sufficiently set forth his own citizenship and the citizenship of each defendant except for one (Dkt. 10). The Court issued an order directing Verbal to file a second amended complaint correcting the jurisdictional defect (Dkt. 12). Verbal filed a second amended complaint that properly alleges the citizenship of all parties (Dkt.

13), and the Court is satisfied that diversity jurisdiction has been properly alleged. Accordingly, no further action related to the April 25, 2023 order regarding jurisdiction is required.

     SO ORDERED.

Dated: May 3, 2023　　　　　　　　　　　　s/Mark A. Goldsmith  
    Detroit, Michigan　　　　　　　　　　　MARK A. GOLDSMITH  
　　　　　　　　　　　　　　　　　　　　　United States District Judge